# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| UNITED STATES OF AMERICA | McAllen  Division | |
| V. | | CRIMINAL COMPLAINT |
| Patricia Ruth CERRON-Lette | United States District Court | |
| A86 955 915 | Southern District of Texas | |
| YOB: 1973 | FILED | Case Number: M- 14- 1555 |
| COC: USA | AUG 13 2014 | |
| | Clerk of Court | |

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __August 12, 2014__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did, knowingly or in reckless disregard of the fact that alien has come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and brought the alien for the purpose of commercial or advantage or private gain in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(i)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:


See Attachment


Continued on the attached sheet and made a part of this complaint: ☒ Yes  ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant

Approved By:  *Reviewed by* **J. Sturgis**

**Gaston Trevino**
Printed Name of Complainant

**August 14, 2014**                                   at    **McAllen, Texas**
Date                                                        City and State
**Dorina Ramos**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                          Signature of Judicial Officer

Attachment

The defendant, Patricia Ruth CERRON-Lette, a citizen of the United States, attempted to bring illegally into the United States through the Hidalgo Port of Entry alien minor N.A.A.C. (female, age 14), a citizen of Peru, as a United States citizen. CERRON was encountered at pedestrian primary and claimed she was traveling alone. She was referred to secondary due to nervous behavior. Approximately 15 minutes earlier, minor N.A.A.C. had applied for admission utilizing a United States Passport bearing the name A.N.F. N.A.A.C. had been referred as she did not resemble the person on the photo of the passport she presented.

In secondary, further inspection revealed CERRON had provided N.A.A.C. with her true daughter's U.S. Passport in an attempt to bring her into the United States illegally. CERRON admitted she had provided the minor with the passport because she wanted to help her travel to New York where the minor's family lived. She went on to say that an unknown man had made a deposit of $1,000 dollars into her account for flight and trip expenses.

According to N.A.A.C, she had traveled with her older brother Jhan Carlos Apena-Catalino by airplane from Lima, Peru to Mexico City, arriving at 7 a.m. Sunday morning where they met the defendant. All three traveled by airplane to Reynosa, Mexico on Monday August 11, and stayed at a local hotel. That same evening the defendant loaned N.A.A.C. her daughter's U.S. passport and provided N.A.A.C. with her own daughter's school information, and father's name, and what to say when questioned by Officers.

N.A.A.C'S father, Mr. Apena, was contacted telephonically and stated CERRON had offered to use her daughter's passport in order to bring his daughter into the United States illegally. Mr. Apena further stated he deposited $3,000 dollars into the defendant's bank account, and paid an additional $650 dollars for travel expenses.

The minor was transported to the RGV Centralized Processing Center in McAllen for temporary housing.